**CLARK HILL LLP**
Mark E. Hellenkamp, Esq. (SBN 144708)
MHellenkamp@ClarkHill.com
David M. Plouff, Esq. (SBN 157026)
DPlouff@ClarkHill.com
350 Tenth Avenue, 12th Floor
San Diego, CA  92101
Telephone:    (619) 557-0404
Facsimile:     (619) 557-0460

Attorneys for Defendant
THE STANDARD FIRE INSURANCE COMPANY


Theodore Briscoe III, Esq.
capleadings@caia.legal
Tbriscoe@caia.legal
Thomas James Gibbons, Esq.
Thomas@caia.legal
CALIFORNIA INSURANCE ATTORNEYS, P.C.
222 N. Pacific Coast Highway, Suite 2000
El Segundo, CA  90245
Tel:  (855) 410-4242

Attorneys for Plaintiff
MIGUEL OLIVAS

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL OLIVAS, an individual,<br><br>                    Plaintiff,<br>        v.<br><br>THE STANDARD FIRE INSURANCE COMPANY AND DOES 1 - 10 ,<br><br>                    Defendant. | Case No.  1:25-CV-02018-JLT-CDB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONSENTING TO MAGISTRATE JUDGE JURISDICTION FOR MOTION TO REMAND ONLY**<br><br>Magistrate Judge:  Christopher D. Baker<br><br>Removal Date: December 23, 2025 |

Plaintiff Miguel Olivas and Defendant the Standard Fire Insurance Company (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1

**STIPULATION AND [~~PROPOSED~~] ORDER CONSENTING TO MAGISTRATE JUDGE JURISDICTION FOR MOTION TO REMAND ONLY**

1. **Limited Consent to Magistrate Judge Jurisdiction.**

Pursuant to 28 U.S.C. § 636(c),Federal Rule of Civil Procedure 73, and the Court's April 3, 2026 Order (ECF No. 11), the Parties voluntarily and knowingly consent to have Magistrate Judge Christopher D. Baker preside over all proceedings related to Plaintiff's Motion to Remand (ECF No.9) and enter orders in connection therewith.

2. **Scope of Consent is Expressly Limited.**

This consent is strictly limited to the determination of the Plaintiff's Motion to Remand.  It does not constitute:  (1) a general consent to magistrate judge jurisdiction for all purposes; (2) consent for trial; (3) consent for dispositive motions beyond the Motion to Remand; or (4) consent for any proceedings not expressly identified herein.

3. **No Waiver of Rights.**

Except as expressly stated, the Parties reserve all rights under Article III of the United States Constitution, 28 U.S.C. § 636, and the Federal Rules of Civil Procedure.

4. **Voluntariness.**

The Parties acknowledge that this consent is made freely and voluntarily, without coercion or undue influence, and that they have been advised of their right to proceed before a United States District Judge.

5. **Preservation of Appellate Rights.**

The Parties expressly agree that any order entered by Magistrate Judge Christopher D. Baker on the Plaintiff's Motion to Remand pursuant to this limited consent shall constitute a final order of the Court for purposes of appeal, and that any aggrieved party retains the full right to seek review directly in the United States Court of Appeals for the Ninth Circuit, as provided by 28 U.S.C. §

///

///

///

///

2

**STIPULATION AND [PROPOSED] ORDER CONSENTING TO MAGISTRATE JUDGE JURISDICTION FOR MOTION TO REMAND ONLY**

636(c)(3) and Federal Rule of Appellate Procedure 4.

Dated:  April 23, 2026                                Respectfully submitted,

                                                      **CLARK HILL LLP**


                                                      By:_  */s/ Mark E. Hellenkamp*_____
                                                      Mark E. Hellenkamp
                                                      Attorneys for Defendant
                                                      THE STANDARD FIRE INSURANCE
                                                      COMPANY


Dated:  April 23, 2026                                **CALIFORNIA INSURANCE
                                                      ATTORNEYS, P.C.**


                                                      By:    */s/Thomas James Gibbons (with approval)*
                                                      Theodore Briscoe III, Esq.
                                                      Thomas James Gibbons, Esq.
                                                      Attorneys for Plaintiff MIGUEL OLIVAS

                          **[~~PROPOSED~~] ORDER**

        Pursuant to the Parties' Stipulation and 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the Court hereby orders as follows:

        1.      The Parties' limited consent to magistrate judge jurisdiction is APPROVED.

        2.      Magistrate Judge Christopher D. Baker is designated to conduct all proceedings and enter an order solely with respect to Plaintiff's Motion to Remand.

        3.      This consent is expressly limited to the Motion to Remand and does not constitute general consent to magistrate judge jurisdiction for any other matter or for trial.


IT IS SO ORDERED.

        Dated:    **April 28, 2026**                  [signature]
                                                      UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND [~~PROPOSED~~] ORDER CONSENTING TO MAGISTRATE JUDGE
JURISDICTION FOR MOTION TO REMAND ONLY**